IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LASHAWN COOPER o/b/o J.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-0907-CV-W-DW |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

☐  Jury Verdict.  This action came before the Court for a trial by jury.

☒  Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Dean Whipple on 6/8/2011 (doc # 13) that, pursuant to 42 U.S.C. § 405(g), sentence four, this case is reversed and remanded for the calculation and entry of an award of benefits from the onset date of April 27, 2004.

AT THE DIRECTION OF THE COURT

Dated: 6/10/2011

Ann Thompson
Court Executive

/s/Joella Baldwin
By: Joella Baldwin, Courtroom Deputy